FILED
CLERK, U.S. DISTRICT COURT
7/1/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>LAWRENCE BISHNOI, et al.,<br>DEFENDANTS | Initial Indictment: 2:26-cr-00428-WLH<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE** |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is 9.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ________ trial days.

☐ **Superseding Indictment**

Upon a careful review of the ___________ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _______. The previous number of defendants was __________.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ________ trial days. The previous estimate was ________ trial days.

July 1, 2026

Date

DECLAN T. CONROY
Assistant United States Attorney